CATHARINE HAROLD, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued February 9, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Court of Common Pleas in and for the city and county of New York, entered upon an order made January 7, 1886, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Frank Loomis* for appellant.

*Edward P. Wilder* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

RICHARD OAKLEY, Appellant, *v.* ABRAM HEALEY, Respondent.

(Argued February 9, 1888; decided February 28, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 2, 1885, denying a new trial and ordering judgment to be entered for defendant upon the verdict rendered under the direction of the court.

*S. B. Higinbotam* for appellant.

*T. F. Bush* for respondent.

Agree to affirm; no opinion.
All concur, except PECKHAM, J., not sitting.
Judgment affirmed.